FRANCES GRODSKY, Plaintiff, *v.* EMANUEL GRODSKY, Defendant.

Supreme Court, Special Term, New York County, May 18, 1943.

*Safir & Kahn* for plaintiff.

*Joseph H. Ginsberg* for defendant.

MILLER, J. Motion under subdivision 6 of rule 109 of the Rules of Civil Practice. The enlistment of the defendant in the Army did not discharge the separation agreement or relieve him of his obligation to support the plaintiff and their child. No facts are alleged to show that, apart from his Army pay, the defendant has no other income or property exempt by law from execution. The first defense is, therefore, insufficient in law. The second defense, which asserts that the defendant pleads the " Soldiers and Sailors Relief Act of 1940," likewise is insufficient. Upon application by defendant, he may be entitled to a stay of the action or other relief under the Federal Soldiers' and Sailors' Civil Relief Act of 1940, as amended (U. S. Code, tit. 50, Appendix, § 501 *et seq.*). Accordingly, the motion to strike out both defenses is granted, with leave to the defendant to serve an amended answer within ten days after service of a copy of this order, with notice of entry.